# *United States District Court*
*Northern District of New York*
# CIVIL JUDGMENT

**MARSHALL CURTIS**

*Plaintiff*

VS.                                   5-04-CV-527 (NPM) (DEP)

**COMMISSIONER OF SOCIAL SECURITY**

*Defendant*

**[X] Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's motion for judgment on the pleadings is granted, the Commissioner's determination of no disability is affirmed and the complaint is dismissed in all respects.

All of the above pursuant to the Order of the Honorable Judge Neal P. McCurn, dated the 4th day of August, 2006.

**AUGUST 7, 2006**                                   **LAWRENCE K. BAERMAN**
_____                              _____

**DATE**                                             **CLERK OF COURT**

                                                     **s/**
                                                     _____

                                                     **JOANNE BLESKOSKI**
                                                     **DEPUTY CLERK**